CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 12 2017

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER LEE BAKER,** ) | Civil Action No. 7:16-cv-00271 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **FINAL ORDER** | |
| ) | | |
| **CLAY CORBIN, et al.,** ) | By: Hon. Michael F. Urbanski | |
| Defendants. ) | United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Plaintiff's motion for video surveillance and motion for discovery are **DENIED**; Defendants' motion for summary judgment is **GRANTED**; and the action is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 11 day of April, 2017.

/s/ Michael F. Urbanski
United States District Judge